# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos.  1D2024-0508
1D2024-0509
1D2024-0510
1D2024-0511

_____

MIAMI LAKES AM, LLC d/b/a
Miami Lakes Dodge Chrysler
Jeep Ram,

Appellant,

v.

FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR
VEHICLES; FCA US, LLC; and
MIAMI AUTOMOTIVE RETAIL,
INC.,

Appellees.

_____

On appeal from the Department of Highway Safety and Motor
Vehicles.
Robert Kynoch, Director.

November 20, 2024

PER CURIAM.

The court dismisses this appeal for lack of jurisdiction.

M.K. THOMAS, NORDBY, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jason T. Allen, Danielle M. Roth, Nicholas A. Bader and Jeremiah M. Hawkes of Bass Sox Mercer, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Mason V. Petrosky and Enoch J. Whitney, Assistant Attorneys General, Tallahassee, for Appellee Florida Department of Highway Safety and Motor Vehicles; John W. Forehand of Kurkin Forehand Brandes LLP, Winter Park and Joshua S. Talcovitz of Kurkin Forehand Brandes LLP, Aventura, for Appellee Miami Automotive Retail, Inc.; Ginger Barry Boyd and James Andrew Bertron, Jr., of Nelson, Mullins, Broad & Cassel, Tallahassee, for Appellee FCA US LLC.